

**SIGNED** January 22, 2020
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

| **In re: Robert Locke Elliott, Jr.** | **CASE NO. 19–51120** |
|---|---|
| **Debtor(s)** | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related pending motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. If the Discharge Order has been issued, the same is recinded.

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

van02

**END OF ORDER**

```
                              United States Bankruptcy Court
                               Western District of Virginia
```

In re:                                                                  Case No. 19-51120-rbc
Robert Locke Elliott, Jr.                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0423-5          User: roseg              Page 1 of 1         Date Rcvd: Jan 22, 2020
                              Form ID: van02           Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
```
db              +Robert Locke Elliott, Jr.,    180 Orchard Dale Drive,    Clear Brook, VA 22624-1456
4855352         +McCabe Weisberg & Conway, LLC,    1727 King Street, Suite 318,    Alexandria, VA 22314-2700
4855351         +NewRez, LLC,    1100 Virginia Drive, Suite 125,    Fort Washington, PA 19034-3276
4855350         +PHH Mortgage Corporation,    PO Box 5452,   Mount Laurel, NJ 08054-5452
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
```
              Herbert L Beskin(82)    hbeskin@cvillech13.net,  bss@cvillech13.net
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
```
                                                                                             TOTAL: 2